FRANKLIN v. McCORMICK et al.

BECK, Presiding Justice. 1. The general demurrer based upon the grounds
that the allegations of the petition failed to show an equitable cause of
action, and failed to set out the requisite facts upon which to base the
right to specific performance, is without merit.

2. There is no merit in the contention of the defendant that the first exten-
sion payment provided for in the option was not paid when due, and that
the option had expired. While time is of the essence of such a contract
as that in question, the allegations show that the payments which the
plaintiff claims to have made were in time.

3. It does not appear from the allegations of the original petition and the
amendment that performance of the terms of the contract and the option,
on the part of the defendant who executed the written option, was im-
possible.

4. There was sufficient allegation to show a tender on the part of the plain-
tiff in accordance with the terms of the option, properly construed.

5. The court did not err in striking the several defenses wherein the defend-
ant sought to set out details showing such unfairness in the transaction
that specific performance would not be granted.

6. The court did not err in striking the defenses seeking to show fraud on
the part of the plaintiff in procuring the option. And this ruling is
applicable to the specified paragraphs of the amendment offered by the
defendant. *Judgment affirmed. All the Justices concur.*

No. 10184. JANUARY 18, 1935. REHEARING DENIED FEBRUARY 22, 1935.

*Joseph Law* and *Sibley & Allen,* for plaintiff in error.

*W. M. Goodwin, E. W. Jordan, Fullbright & Burney, Hines & Carpenter, Lewis & Lewis,* and *Colquitt, Parker, Troutman & Arkwright,* contra.